Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>A & J PUMPING, INC. and/or A & T PUMPING, INC., a California corporation,<br><br>Defendant. | Case No.: C10-3040 SBA<br><br>**REQUEST TO CONTINUE OR VACATE TELEPHONIC CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:  October 20, 2010<br>Time:  2:30 p.m.<br>Judge:  The Honorable Saundra Brown Armstrong |

Plaintiffs herein respectfully request that the telephonic Case Management Conference currently on calendar for October 20, 2010, be continued or vacated entirely, in anticipation of Plaintiffs filing a Motion for Default Judgment.

1. As the Court's records will reflect, a Complaint was filed in this matter on July 12, 2010, to compel Defendant's compliance with the terms of its Collective Bargaining Agreement by paying contributions reported but unpaid for the months of May through July 2006, June through December 2007, June and August 2009, January and February 2010, and thereafter through the time of Judgment, as well as liquidated damages and interest thereon; and interest that accrued on late-paid contributions for the month of April 2009.

2. Service on Defendant was effectuated on July 30, 2010, and a Proof of Service of Summons was filed with the Court on July 30, 2010.

**1**     3.     On or about August 11, 2010, I received a telephone call from Steve Anderson, **2** Esq., who represented that he was calling on behalf of Defendant to request a two week extension **3** of time to answer the Complaint.  Mr. Anderson stated that had not been retained to represent the **4** Defendant, and was informally assisting the Defendant who is a personal friend.  The original **5** deadline for Defendant to file an answer to the Complaint was August 20, 2010; pursuant to Mr. **6** Anderson's request, I agreed to extend this deadline by two weeks, to September 3, 2010.

**7**     4.     Plaintiffs allowed ten additional days to pass after the extended deadline before **8** filing a Request for Entry of Default on September 13, 2010, serving a courtesy copy on Mr. **9** Anderson.

**10**     5.     Subsequently, Mr. Anderson left me a voicemail message inquiring about the **11** Request for Entry of Default.  I returned his telephone call, and left a voicemail message in **12** response, however I did not receive a response.  I have had no further contact from Mr. Anderson, **13** and have never had a response from Defendant.

**14**     6.     On September 16, 2010, the Court entered the default of Defendant.

**15**     7.     To date, Defendant has failed to plead or otherwise defend or appear in this action. **16** Therefore, Plaintiffs are currently preparing a Motion for Default Judgment which they anticipate **17** filing with the Court promptly.

**18**     8.     There are no issues that need to be addressed at the currently scheduled Case **19** Management Conference. In the interest of conserving costs as well as the Court's time and **20** resources, Plaintiffs respectfully request that the Case Management Conference, currently

**21**     ///
**22**     ///
**23**     ///
**24**     ///
**25**     ///
**26**     ///
**27**     ///
**28**     ///

1  scheduled for October 20, 2010, be vacated, or in the alternative be continued to either coincide
2  with the date to be set for the Motion or continued for 90 days to allow disposition of the Motion.
3      I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
4  entitled action, and that the foregoing is true of my own knowledge.
5      Executed this 7th day of October, 2010, at San Francisco, California.

                                SALTZMAN & JOHNSON
                                LAW CORPORATION


                                By:  _____/S/_____
                                     Muriel B. Kaplan
                                     Attorneys for Plaintiffs

IT IS SO ORDERED.

    Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby vacated.

        or

    Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to _January 20, 2011 at 2:30 p.m., via telephone. All related deadlines are extended accordingly.


Date: _10/18/10                 _____/s/ Saundra B Armstrong_____
                                THE HONORABLE SAUNDRA BROWN ARMSTRONG
                                UNITED STATES DISTRICT COURT JUDGE

PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. On **October 7, 2010**, I served the following document(s):

**REQUEST TO CONTINUE OR VACATE TELEPHONIC CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for first class mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelopes were addressed and mailed as follows:

Trent Jones  
A & J Pumping, Inc. and/or  
A & T Pumping, Inc.  
2133 Martin Way  
Pittsburg, CA  94565

Stephen Anderson  
Murchison & Cumming LLP  
2010 Crow Canyon Place, Suite 380  
San Ramon, California 94583

*Courtesy Copy*

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **October 7, 2010**, at San Francisco, California.

/S/  
Elise Thurman  
Paralegal

-1-  
**PROOF OF SERVICE**  
**Case No.:  C10-3040 SBA**

C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\C10-3040 SBA - Request for Continuance of CMC 100710.DOC