UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| F.G. CROSTHWAITE, et al., | No. C 10-3040 SBA (MEJ) |
| Plaintiffs, | **ORDER RE SUPPLEMENTAL BRIEFING** |
| v. | |
| A & J PUMPING, INC. and/or A & T PUMPING, INC., | |
| Defendant. | |

Pending before the Court is Plaintiffs' F.G. Crosthwaite and Russell E. Burns Motion for Default Judgment. Dkt. No. 25. In their Motion, Plaintiffs seek an award of attorneys' fees and costs. In Kaplan's Declaration and Supplement Declaration, the attorney's and paralegal's time is 76.6 hours. Dkt. Nos. 27, 35. However, in the Proposed Findings of Fact & Conclusions of Law, the hours differ: (1) 77.7 hours on page 8 of the document; and (2) 72.7 on page 10 of the billing chart. Dkt. 34. In order to enable the Court to assess the reasonableness of the time and tasks billed, the Court **HEREBY ORDERS** Plaintiffs to submit copies of each attorney's and paralegal's time records for review. Plaintiffs shall also identify in the billing records any hours reduced or cut from the requested amount in their motion. Plaintiffs shall submit the time records no later than November 8, 2011 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: November 4, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge