UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| F.G. CROSTHWAITE, et al., | No. C 10-3040 SBA (MEJ) |
| Plaintiffs, | **ORDER REQUESTING CLARIFICATION** |
| v. | |
| A & J PUMPING, INC., et al., | |
| Defendants. | |

Pending before the Court is Plaintiffs' F.G. Crosthwaite and Russell E. Burns' Motion for Default Judgment. Dkt. No. 25. In their motion, Plaintiffs provide a chart of the liquidated damages they seek. Mot. at 2. For the period of August 2009, Plaintiffs list $200.88 in contributions and $175.00 in liquidated damages. However, based upon review of Plaintiffs' motion and supporting documentation, it appears that liquidated damages were to be calculated at the greater of $35.00 or 15% of the amount due for contributions. Hayner Decl. ¶ 4. Thus, for the period of August 2009, it seems that Plaintiffs should be claiming either $35.00 in liquidated damages or $30.13, which would be 15% of $200.88. Accordingly, the Court ORDERS Plaintiff to file a declaration by November 18, 2011 at 10:00 a.m. explaining this apparent discrepancy. Plaintiffs shall also explain whether the interest calculated for August 2009 is affected. Plaintiffs need not submit a chambers copy of the declaration.

**IT IS SO ORDERED.**

Dated: November 17, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge