UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| F.G. CROSTHWAITE, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>A & J PUMPING INC., and/or AT&T PUMPING, INC.,<br><br>    Defendants. | Case No: C 10-3040 SBA<br><br>**JUDGMENT** |

    In accordance with the Court's Order Accepting Report and Recommendation,

    IT IS HEREBY ORDERED THAT final judgment is entered in favor of Plaintiffs in the amount of $33,692.83.

    IT IS SO ORDERED.

Dated: December 5, 2011

                                                _____<br>
                                                SAUNDRA BROWN ARMSTRONG<br>
                                                United States District Judge