UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| F.G. CROSTHWAITE, et al., | Case No: C 10-3040 SBA |
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| A & J PUMPING INC., and/or AT&T PUMPING, INC., | |
| Defendants. | |

In accordance with the Court's Order Accepting Report and Recommendation,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Plaintiffs in the amount of $33,692.83.

IT IS SO ORDERED.

Dated: December 5, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge